# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

156509 & (83)(84)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

JOHN LEE CARTER,
          Defendant-Appellant.

_____/

SC: 156509
COA: 331332
Gladwin CC: 15-007784-FH

By order of February 20, 2018, the application for leave to appeal the August 10, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Straughter* (Docket No. 156198). The appellant having now moved to amend his application to withdraw the issue under consideration in *Straughter,* that motion is GRANTED, and the application is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court. The motion for a *Franks* hearing is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



Clerk

p0225